ORIGINAL

FILED

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0651

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0651

PETER GRIGG,

      Plaintiff and Appellant,

v.

ANDY COILE,

      Defendant and Appellee.

FILED

FEB 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Peter Grigg has filed a motion for extension of time within which to file his opening brief. Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until March 30, 2022, within which to file his opening brief.

No further extensions will be granted.

DATED this 8th day of February, 2022.

For the Court,

_____
Chief Justice